Jacob Kammermeyer (AK Bar #0506043)
Disability Law Center of Alaska
230 S. Franklin Street, Suite 206
Juneau, Alaska 99801
Telephone: 907-586-1627
Fax: 907-586-1066
Email: jkammermeyer@dlcak.org

Mark Regan (AK Bar #8409081)
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: mregan@dlcak.org

Attorney for Appellees-Petitioners

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT,<br><br>Appellant-Respondent,<br><br>v.<br><br>M.G., and his parents Betsy and Brian G.<br><br>Appellees-Petitioners. | Case No. 3:17-cv-157-SLG<br>Superior Court: 3AN-17-07583CI |

**MOTION FOR ATTORNEY'S FEES**

Pursuant to 20 U.S.C. § 1415(i)(3), Federal Rule of Civil Procedure 54(d)(2), and Local Rule 54.3, defendants-appellees M.G. and his parents, Betsy G. and Brian G., respectfully request an award of full attorney's fees reasonably incurred at the district court level in this matter. They are prevailing parties under the Court's June 15 order and June 18 judgment.

Affidavits and itemized statements from counsel (Chad Hansen, Jacob Kammermeyer, and Mark Regan), a rates affidavit from James J. Davis, Jr., a rates declaration from Goriune Dudukgian, and a proposed order are attached.

No fees were billed directly to M.G. or his parents.

M.G. and his parents will be filing a separate motion for fees reasonably incurred during the due process hearing which led to the decision that this Court upheld, along with two related due process hearings in which M.G. and his parents were also prevailing parties.

Dated: July 16, 2018

/s/ Mark Regan________________
Mark Regan (AK Bar #8409081)
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: mregan@dlcak.org

CERTIFICATE OF SERVICE

I hereby certify that on the day of, a true and correct copy of the foregoing was served by ECF upon the following:

Danielle M. Ryman dryman@perkinscoie.com

Gregory S. Fisher gregoryfisher@dwt.com

Howard S. Trickey howard.trickey@hklaw.com

Jacob C. Kammermeyer jkammermeyer@dlcak.org

Jessica M.Y. Brown jessica.brown@hklaw.com

Kevin G. Clarkson kclarkson@brenalaw.com

Mark W. Regan mregan@dlcak.org

Matthew Singer matt.singer@hklaw.com

Patrick Charles Callahan patrickcallahan@dwt.com

Peter R. Jarvis peter.jarvis@hkdlaw.com

_/s/ Mark Regan ___________
Mark Regan