Kevin G. Clarkson, Esq.
Laura S. Gould, Esq.
Brena, Bell & Clarkson, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Telephone: (907) 258-2000
E-Mail: kclarkson@brenalaw.com
lgould@brenalaw.com

Attorneys for Intervenor Perkins School for the Blind

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT,<br><br>  Appellant-Respondent,<br><br>v.<br><br>M.G., and his parents Betsy and Brian G.,<br><br>  Appellees-Petitioners. | Case No. 3:17-cv-157-SLG |

### PERKINS SCHOOL FOR THE BLIND'S MOTION TO INTERVENE

Perkins School for the Blind (Perkins), through its attorneys, Brena, Bell & Clarkson, P.C., moves for an order, pursuant to Fed. R. Civ. P. 24, allowing it to intervene in this action. Specifically, Perkins requests intervention in order to respond to the Anchorage School District's [District] Motion to Compel Cooperation and Suspend Tuition [DK 201], respond to the accompanying Motion for Expedited Consideration of Motion to Compel Cooperation [DK 199], and file a cross-motion to seek clarification from the Court on the respective obligations of Perkins

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

and the District in this matter, and to enforce the District's tuition-payment obligation to Perkins for unpaid, past-due invoices.

Absent intervention, Perkins cannot protect its interests in the current dispute about cooperation and the payment of tuition. The existing parties do not adequately represent Perkins' interest on these issues. Perkins thus respectfully requests the Court to permit Perkins to intervene to protect its interest in this matter.

DATED this 9th day of August, 2018.

BRENA, BELL & CLARKSON, P.C.
Attorneys for Perkins School for the Blind

By _____
Kevin G. Clarkson, ABA No. 8511149
Laura S. Gould, ABA No. 0310042

BRENA, BELL &
CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

**Certificate of Service**

The undersigned hereby certifies that on the 9th day of August, 2018 a true and correct copy of the foregoing was served by electronic means authorized by this Court upon:

**Attorneys for M.G. and Betsy and Brian G**

Danielle M. Ryman, Esq.
Jared L. Garner, Esq.
Elena Romerdahl, Esq.
Perkins Coie LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
E-Mail: dryman@perkinscoie.com
jgardner@perkinscoie.com
eromerdahl@perkinscoie.com

Jacob C. Kammermeyer, Esq.
Disability Law Center of Alaska
230 South Franklin Street, Suite 206
Juneau, Alaska 99801
E-Mail: jkammermeyer@dlcak.org

Mark W. Regan, Esq.
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
E-Mail: mregan@dlcak.org

**Attorneys for Anchorage School District**

Gregory S. Fisher, Esq.
Patrick Callahan, Esq.
Davis Wright Tremaine LLP
188 West Northern Lights Boulevard
Suite 110
Anchorage, Alaska 99503
E-Mail: gregoryfisher@dwt.com
patrickcallahan@dwt.com

Jan Tomsky, Esq.
Fagen, Friedman & Fulfrost LLP
70 Washington Street, Suite 205
Oakland, California 94607
E-Mail: jtomsky@f3law.com

Howard S. Trickey, Esq.
Matthew Singer, Esq.
Jessica M. Brown, Esq.
Holland & Knight LLP
601 West Fifth Avenue, Suite 700
Anchorage, Alaska 99501
E-Mail: howard.trickey@hklaw.com
matt.singer@hklaw.com
jessica.brown@hklaw.com

_/s/ Avonna L. Murfitt_
Avonna L. Murfitt

BRENA, BELL & CLARKSON, P.C.
810 N Street, Suite 100
Anchorage, Alaska 99501
Phone: (907) 258-2000
Facsimile: (907) 258-2001

Perkins' Motion to Intervene
*ASD v. v. M.G. and Parents Betsy and Brian G.*, Case No. 3:17-cv-00157 SLG
August 9, 2018
Page 3 of 3

Case 3:17-cv-00157-SLG   Document 204   Filed 08/09/18   Page 3 of 3