Gregory S. Fisher
Patrick C. Callahan
gregoryfisher@dwt.com
patrickcallahan@dwt.com
Davis Wright Tremaine LLP
188 West Northern Lights Blvd, Suite 1100
Anchorage, AK 99503
Tel: (907) 257-5335
Fax: (907) 257-5399

Jan Tomsky
jtomsky@f3law.com
Fagen Friedman & Fulfrost LLP
Tel: (510) 550-8201
*Admitted Pro Hac Vice*

Attorneys for Appellant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT,<br><br>        Appellant,<br><br>vs.<br><br>M.G. and his parents BETSY and BRIAN G.<br><br>        Appellees. | Case No. 3:17-cv-00157-SLG<br><br>**NOTICE OF PROPOSED SETTLEMENT / UNOPPOSED MOTION TO EXTEND STAYS** |

The parties mediated the dispute on Wednesday, February 27, 2019, and reached a settlement. However, the final agreement has not yet been approved by the Anchorage School Board or executed by the parties. The Anchorage School Board will consider the proposed settlement at its next scheduled meeting on Monday, March 18, 2019. The

Anchorage School District proposes, and the other parties agree, that existing stays remain in effect and the parties file a joint stipulated dismissal when the proposed settlement is approved and executed. If, for some unknown reason, the proposed settlement is not approved or not executed, the Anchorage School District proposes the parties advise the court no later than Monday, March 25, 2019.

DATED this 6th day of March, 2019.

> DAVIS WRIGHT TREMAINE LLP
> Attorneys for Appellant
> ANCHORAGE SCHOOL DISTRICT
>
> By: /s/ Gregory S. Fisher
> Gregory S. Fisher (ABA 9111084)
>
> By: /s/ Patrick Callahan
> Patrick Callahan (ABA 1611097)
>
> By: /s/ Jan Tomsky
> Jan Tomsky (*Pro Hac Vice Admitted*)

Certificate of Service
I hereby certify that on the 6th day of March, 2019, a true and
correct copy of the foregoing was served via the Court's CM/ECF
electronic service on the following counsel of record:

Danielle M. Ryman
Perkins Coie, LLP
dryman@perkinscoie.com

Jacob C. Kammermeyer & Mark W. Regan
Disability Law Center of Alaska
jkammermeyer@dlcak.org
mregan@dlcak.org

Laura S. Gould & Michael D. Corey
Brena, Bell & Clarkson, P.C.
mcorey@brenalaw.com
lgould@brenalaw.com

By: /s/ Gregory S. Fisher
4813-7553-0121v.4 0022868-000003

NOTICE OF SETTLEMENT　　　　　　　　　　　　　　　　　　　　　3:17-cv-00157-SLG
*Anchorage School District v. M.G. and his parents Betsy and Brian G.*　　　　Page 2 of 2

Case 3:17-cv-00157-SLG   Document 349   Filed 03/06/19   Page 2 of 2