# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

ANCHORAGE SCHOOL DISTRICT,

                Appellant,

      v.

M.G. and his parents BETSY and BRIAN G.,

                Appellees.

Case No. 3:17-cv-00157-SLG

## ORDER OF DISMISSAL WITH PREJUDICE

The parties having filed a joint stipulation to dismiss this case with prejudice, each party to bear its own attorneys' fees and costs, it is ORDERED that the stipulation is APPROVED. The Clerk of Court will enter judgment dismissing this case with prejudice each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that pending motions, if any, are denied as moot, and pending deadlines and filing requirements, if any, are VACATED.

DATED this 27th day of March, 2019.

*/s/ SHARON L. GLEASON*
Hon. Sharon L. Gleason
United States District Judge