UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 27 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANCHORAGE SCHOOL DISTRICT,<br><br>Appellant,<br><br>PERKINS SCHOOL FOR THE BLIND,<br><br>Intervenor - Pending,<br><br>v.<br><br>M.G.; et al.,<br><br>Appellees. | No. 18-35574<br><br>D.C. No. 3:17-cv-00157-SLG<br>U.S. District Court for Alaska,<br>Anchorage<br><br>**ORDER** |

The motion filed by the appellant on March 27, 2019 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7